UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
**\*SEALED \*CRIMINAL MINUTES – ARRAIGNMENT**

Lexington Case No. 18-81-JMH-3         At  Lexington         Date  January 11, 2019

USA vs Liviu-Sorin Nedelcu         X  present    X  custody    ___ bond    ___ OR    Age ___

DOCKET ENTRY: Parties appeared as noted for Arraignment. Romanian certified Interpreter, Liviu-Lee Roth, was present to interpret the proceedings. A copy of his oath will be filed in the record. The Court DECLARES this case COMPLEX pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii), due to the number of defendants, nature of the prosecution, and voluminous discovery. The Jury Trial in this case is set outside of the seventy (70) days and the time is excluded from March 22, 2019 (70 days from today) until June 18, 2019, the trial date. The Court will enter a separate pretrial discovery order.

PRESENT:   HON. JOSEPH M. HOOD, SENIOR U.S. DISTRICT JUDGE

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

| Genia Denisio | Linda Mullen | Liviu-Lee Roth | Kathryn Anderson/Kenneth Taylor |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant    Thomas C. Lyons    X  present    ___ retained    X  appointed

PROCEEDINGS:  **ARRAIGNMENT**

| | |
|---|---|
| X | Copy of Indictment given to the defendant. |
| X | Defendant states true name is <u>as stated on indictment</u>. |
| ___ | Defendant advised the Court that he/she will retain counsel. |
| ___ | Defendant request that the Court appoint counsel. |
| ___ | Financial Affidavit executed & filed. |
| ___ | Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA. |
| ___ | Ordered _____ is appointed Attorney under the CJA. |
| X | Defendant advised of Constitutional Rights. |
| X | Defendant waived formal arraignment |
| X | Defendant waives reading of Indictment - Information.   x Indictment - Information read. |
| X | Defendant pleads _____ Guilty to Counts.   x Not guilty to Counts - ALL |
| X | Defendant advised of the nature of charges and possible penalties. |
| X | Pretrial motions to be filed pursuant to Court's pretrial order to be entered. |
| X | Court assigned for JURY TRIAL on **JUNE 18, 2019 AT 9:00 A.M.,** before Judge Joseph M. Hood. The estimated length of trial is two (2) months. |
| ___ | Defendant released on conditions. |
| X | Defendant remanded to custody of the USM. |

Copies: COR, USP, USM, D,JC

Initials of Deputy Clerk     gld
TIC: /3 min