**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL NO. 18-CR-00081-JMH**                             *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**VS.        RESPONSE TO GOVERNMENT'S MOTION TO CONSOLIDATE**

**LIVIU SORIN NEDELCU**                                                            **DEFENDANT**

**\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\***

Defendant, Livin-Sorin Nedelcu, by counsel, states that he has no objection to the government's motion to consolidate the cases referenced therein.  Defendant also joins in the observations and suggestions in defendant Paiusi's response.  [Doc. No. 198].

Respectfully submitted,

/s/ Thomas C. Lyons
THOMAS C. LYONS, ESQ.
Law Offices of Thomas C. Lyons
201 West Short Street, Suite 800
Lexington, Kentucky 40507
859-231-0055
thomaslyons@hotmail.com
*Counsel for Defendant, Liviu Sorin Nedelcu*

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing Response to Government's Motion to Consolidate has been served on May 24, 2019, by filing same via the CM/ECF System, which will send electronic notice to all counsel of record.

/s/ Thomas C. Lyons
THOMAS C. LYONS, ESQ.