UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:18-CR-81-S-JMH-MAS

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                           **MOTION FOR ENRIGHT HEARING**

BENIAMIN-FILIP OLOGEANU, et al.                                                DEFENDANTS

*** *** *** ***

Comes the Defendant, Beniamin-Filip Ologeanu, by counsel and pursuant to the Court's December 12, 2019 Order [Record No. 414], respectfully moves the Court for an Enright Hearing in this matter as it relates to Defendant Beniamin-Filip Ologeanu. In further support of his Motion, Mr. Ologeanu files a Memorandum in Support herewith.

    Respectfully submitted,

    MCBRAYER PLLC
    201 E. Main Street, Suite 900
    Lexington, KY  40507
    (859) 231-8780
    dguarnieri@mcbrayerfirm.com
    tnichols@mcbrayerfirm.com


    */s/ David J. Guarnieri*
    DAVID J. GUARNIERI
    TREVOR M. NICHOLS
    ATTORNEYS FOR DEFENDANT,
    BENIAMIN-FILIP OLOGEANU

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of January, 2020, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                   */s/ David J. Guarnieri*
                                                   DAVID J. GUARNIERI