**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **CRIMINAL NO. 18-CR-00081-JMH** | *ELECTRONICALLY FILED* |
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **DEFENDANT NEDELCU'S MOTION TO JOIN IN MOTION TO DISMISS SUPERSEDING INDICTMENT FILED BY CO-DEFENDANT OLOGEANU** |
| **LIVIU SORIN NEDELCU** | **DEFENDANT** |

**\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\***

The Defendant, Livin-Sorin Nedelcu, by counsel, respectfully moves to join in and adopt the Motion to Dismiss Superseding Indictment filed herein by Co-defendant Ologeanu, DE # 456.[1]

Respectfully submitted,

/s/ Thomas C. Lyons
THOMAS C. LYONS, ESQ.
Law Offices of Thomas C. Lyons
201 West Short Street, Suite 800
Lexington, Kentucky 40507
859-231-0055
thomaslyons@hotmail.com
*Counsel for Defendant, Liviu Sorin Nedelcu*

---

[1] Counsel advises the Court that he is working on a client specific motion to dismiss, based on the same grounds set out in the Ologeanu motion, which will be submitted shortly.

## CERTIFICATE OF SERVICE

      This is to certify that a true copy of the foregoing Motion to Join in Motion to Dismiss Superseding Indictment Filed by Co-Defendant Ologeanu has been served on January 16, 2020, by filing same via the CM/ECF System, which will send electronic notice to all counsel of record.

                                        /s/ Thomas C. Lyons
                                        THOMAS C. LYONS, ESQ.