UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**F I L E D**
NOV 1 2 2020
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 18-CR-081-REW-03 |
| v. ) | |
| LIVIU-SORIN-NEDELCU, ) | COURT'S ADVICE OF RIGHT TO APPEAL |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Unless waived, you have a right to appeal your case (the conviction and / or the sentence) to the United States Court of Appeals for the Sixth Circuit. A defendant may waive some or all of that right as part of a plea agreement, and you have entered into a plea agreement containing a waiver. Such waivers are generally enforceable, but if you believe it is unenforceable, you can present that theory to the appellate court. An appeal is taken by timely filing a notice of appeal with the district clerk.

If you do not have sufficient money to pay for the appeal, you may apply for leave to appeal *in forma pauperis*, which means you may ask to appeal without paying fees. The Clerk of this Court will, on your request, prepare and file a notice of appeal on your behalf. With very few exceptions, any notice of appeal must be filed within fourteen (14) days from the date of entry of judgment in your case.

If you do not have sufficient funds to employ an attorney, the Court of Appeals may appoint counsel, potentially your current attorney, to prosecute the appeal. A qualifying defendant has the right to appointed counsel on appeal.

1

## **CERTIFICATION**

I Susan Conner, Deputy Clerk, certify that I read the above statement aloud in open Court, and that Defendant Liviu-Sorin Nedelcu orally acknowledged his understanding.

Dated this the 12th day of November, 2020

Witness:

_____
Deputy Clerk