AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky – Central Division at Lexington

Eastern District of Kentucky
FILED
NOV 13 2020
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Liviu-Sorin Nedelcu<br>aka IDL100, aka Sorin Moshu | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:   5:18-CR-081-S-REW-03<br>USM Number:   22343-032<br><br>Thomas C. Lyons<br>Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to count(s)   1s [DE 249]

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1962(d) | Conspiracy to Commit a RICO Offense | December 11, 2018 | 1S |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   Original Indictment [DE 1] & Cts. 8S-9S of Superseding Indictment [DE 249]   ☐ is   ☒ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 12, 2020
Date of Imposition of Judgment

*/s/ RW*
Signature of Judge

Honorable Robert E. Wier, U.S. District Judge
Name and Title of Judge

11.13.2020
Date

Judgment — Page 2 of 4

DEFENDANT: Liviu-Sorin Nedelcu, aka IDL100, aka Sorin Moshu
CASE NUMBER: 5:18-CR-081-S-REW-03

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**EIGHTY-TWO (82) MONTHS**
**(no term of supervised release to follow)**

The Court finds that Romanian authorities arrested Nedelcu on December 11, 2018, pursuant to process issued by this Court. Though the BOP has the responsibility to assess credit, the Court intends that Nedelcu receive credit for the time he served abroad awaiting extradition in addition to the domestic pretrial custody period – *i.e.*, the full period from December 11, 2018, through commencement of his federal sentence.

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant participate in any appropriate educational programs for which he may qualify.
That the Bureau of Prisons designate the defendant to an appropriate institution in the southern United States.
Further, the DOJ shall promptly return Defendant to his home country upon conclusion of his federal sentence.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Liviu-Sorin Nedelcu, aka IDL100, aka Sorin Moshu
CASE NUMBER: 5:18-CR-081-S-REW-03

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 100.00 | $ 31,900.00 | $ Waived | $ N/A | $ N/A |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

Nedelcu's restitution payments, due to the Clerk of this Court for forwarding to the individual victim(s), during incarceration shall begin immediately under the following mechanics: If Nedelcu's monthly income exceeds the total of $75 plus any amount Nedelcu owes monthly in satisfaction of the preexisting court ordered $100 special assessment, Nedelcu shall pay, monthly, 50% of such excess. After Nedelcu's release from incarceration, the total amount shall be immediately due.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Clerk<br>U.S. District Court<br>Eastern District of Kentucky<br>101 Barr Street, Room 206<br>Lexington, KY  40507 | $31,900 | $31,900 | 100% |

TOTALS  $ _____  $ _____

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☒ the interest requirement is waived for the  ☐ fine  ☒ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

Judgment — Page 4 of 4

DEFENDANT: Liviu-Sorin Nedelcu, aka IDL100, aka Sorin Moshu
CASE NUMBER: 5:18-CR-081-S-REW-03

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒  Lump sum payment of $ 32,000.00 due immediately, balance due

   ☐ not later than _____, or
   ☒ in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☒ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

   Criminal monetary penalties are payable to:
   Clerk, U. S. District Court, Eastern District of Kentucky
   101 Barr Street, Room 206, Lexington, KY 40507

   **INCLUDE CASE NUMBER WITH ALL CORRESPONDENCE**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Case Number
   Defendant and Co-Defendant Names
   *(including defendant number)*        Total Amount        Joint and Several Amount        Corresponding Payee, if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:
   Pursuant to an Agreed Preliminary Order of Forfeiture, the parties agree defendant will forfeit to the U.S. a money judgment in the amount of $20,722.24.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.