**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL NO. 18- CR-00081-REW**                                    *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                       **NOTICE OF APPEAL**

**LIVIU SORIN NEDELCU**                                                                          **DEFENDANT**

**\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\***

Notice is hereby given that the Defendant, Liviu Sorin Nedelcu, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment in a Criminal Case entered of record on November 13, 2020. [DE 991].

        Respectfully submitted,

        /s/ Thomas C. Lyons
        THOMAS C. LYONS, ESQ.
        Law Offices of Thomas C. Lyons
        201 West Short Street, Suite 800
        Lexington, Kentucky 40507
        859-231-0055
        thomaslyons@hotmail.com
        *Counsel for Defendant, Liviu Sorin Nedelcu*

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing Notice of Appeal has been served on November 20, 2020 by filing same via the CM/ECF System, which will send electronic notice to all counsel of record.

        /s/ Thomas C. Lyons
        THOMAS C. LYONS, ESQ.